**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Christopher Lovett Burke, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2009-133967

---

Appeal from Spartanburg County
Honorable John C. Few, Trial Judge
Honorable J. Mark Hayes, II, Post-Conviction Judge

---

Memorandum Opinion No. 2013-MO-001
Heard October 6, 2011 – Filed January 30, 2013

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Robert M. Pachak, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Suzanne H. White, all of Columbia, for Respondent.

---

**PER CURIAM:** After careful consideration of the appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**